# EXHIBIT A



**Chevron Federal Credit Union**
Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024



484 1 69586 ****************AUTO**5-DIGIT 90731
Virchus Ferguson Miller
███████████
San Pedro, CA ███████

August 24, 2023

Dear Virchus Ferguson Miller:

RE:   NOTICE OF DATA BREACH

Chevron Federal Credit Union values you and respects the privacy of your information, which is why we are writing to advise you of a recent incident that involved some of your personal information. This letter explains the incident, the steps we have taken in response, and provides information on steps you may take to help protect your information, should you feel it is appropriate to do so.

**What Happened?** MOVEit is a popular encrypted file transfer service developed by Progress Software and licensed and used by government agencies, corporations, financial institutions, and other organizations worldwide. On May 31, 2023, Chevron Federal Credit Union, like many other organizations, was notified by Progress Software of a previously unknown vulnerability in the MOVEit software. We immediately remediated the vulnerability in the MOVEit software and conducted an investigation which did not identify any compromise to our data in the MOVEit application.

Subsequently, in late July, an independent cybersecurity firm published a previously unknown methodology that unauthorized parties had utilized to compromise the MOVEit application in various organizations, along with new detection approaches. In light of these new detection approaches, we reopened our investigation. On August 1, 2023, we determined that an unauthorized party was able to decrypt and download some of the data in our MOVEit application by exploiting this vulnerability between May 30, 2023 and May 31, 2023.

**What Information Was Involved?** Upon discovering that a third party acquired certain files, we immediately began reviewing the files to determine if they contained any personal information. We determined that the files contained personal information that included your name, address, account number, email address, phone number, online account username, date of birth, Social Security number, and debit card number.

**What We Are Doing.** In addition to conducting an internal cyber investigation, we engaged a third-party cybersecurity forensics firm to validate our findings and confirm the security of the data in our MOVEit application. We have also worked to notify affected individuals as soon as possible.

Although we are not aware of any instances of fraud or identity theft involving your information, we are offering a complimentary one-year membership of Experian IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on prompt identification and resolution of identity theft. IdentityWorks Credit 3B is completely free to you. For more information on identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activate your complimentary, one-year membership, please see the additional information attached to this letter.